9ev. 02/2006

COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk/Newport News Division

## SENTENCING MINUTES

Set: 2:00 p.m.  
Started: 3:15 p.m.  
Ended: 4:00 p.m.  

Date: November 7, 2014  
Judge: Rebecca Beach Smith  
Court Reporter: Jody Stewart, OCR  
U.S. Attorney: Emily Woods, USDOJ & Stephen Haynie, AUSA  
Defense Counsel: Steven Duckett, ret. and David Benowitz, ret.  
Courtroom Deputy: Susan Cherry  
Probation Officer: Jeff Noll  
Interpreter: _____

Case No.  2:14cr79-1  
Defendant: Scott B. Miserendino, Sr.      ( ) In custody    ( X ) On bond

__X__ Came on for disposition.

_____ USA's Motion for Acceptance of Responsibility (document #   ).

           _____ Granted.       _____ Denied.

__X__ The court accepted the plea of guilty, and adjudged defendant guilty of Counts _1 and 4_ of the Indictment, after defendant entered a plea of guilty before a Magistrate Judge. Order adopting the R&R and accepting the plea of guilty, filed in open court.

__X__ The court directed local counsel, Steven Duckett, to sign the Plea Agreement and the Statement of Facts, pursuant to our Local Rule 57.4(D)(3).

__X__ Presentence Report reviewed.       _____ Objections heard and rulings made.

_____ Evidence presented. (Witnesses and exhibits listed on last page)

__X__ Arguments of counsel heard.    __X__ Statement of defendant heard.


## IMPRISONMENT:

SENTENCE: Counts _1 & 4_ : The defendant shall be committed to the custody of the BOP to be imprisoned for a total term of _____ months. This term consists of a term of _60_ months on Count 1, and a term of _96_ months on Count 4, all to be served concurrently. (See last page for court recommendations)

__X__ The defendant shall self-report for the service of the sentence at the institution designated by the Bureau of Prisons within sixty (60) calendar days of November 7, 2014, at or before 3:00 p.m., on the sixtieth (60th) day. If an institution has not been designated by that time, the defendant shall self-report for service of the sentence to the United States Marshal's Office, 600 Granby Street, Norfolk, VA 23510, sixty (60) calendar days from November 7, 2014, at or before 3:00 p.m., on the sixtieth (60th) day.

## SUPERVISED RELEASE:

__X__ Upon release from imprisonment, the defendant shall be on supervised release for a term of _____ years. This term consists of a term of _3_ years on Count 1, and a term of _3_ years on Count 4, all to run concurrently. The defendant may be considered for early termination of supervised release after successfully completing a minimum of two (2) years, upon the recommendation of the probation officer.

## Special Conditions of Supervised Release:

1) The defendant shall continue to participate in a mental health treatment and counseling program at the direction and discretion of the probation officer. The defendant shall bear the costs of this program.

2) The defendant shall continue to participate in a substance abuse treatment and counseling program, to include residential treatment if necessary, at the direction and discretion of the probation officer. The defendant shall bear the costs of this program.

3) The defendant shall waive all rights of confidentiality regarding medical/mental health treatment in order to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

4) The defendant shall provide written notification of the nature of his conviction to any employer he may have during his period of supervised release. A copy of this written notification shall be submitted to the probation officer, and the probation officer shall verify that the defendant's employer received his notification.

5) During the term of supervised release, the defendant is prohibited from engaging in any employment in which his duties involve the procurement or award of government contracts.

6) The defendant shall provide the probation officer access to any requested financial information.

7) During the period of supervised release, the defendant shall provide a copy of his federal and state tax returns each year to the probation officer.

8) The court does not deny federal benefits because the denial is not applicable.

# FINANCIAL PENALTIES

__X__ The court waives the cost of prosecution, incarceration, and supervised release, except to the extent the defendant will have to bear costs as outlined in the Special Conditions of Supervision.

## SPECIAL ASSESSMENT:

__X__ As to count __1__, the defendant shall pay a special assessment in the amount of __$100.00__.

__X__ As to count __4__ the defendant shall pay a special assessment in the amount of __$100.00__.

The total special assessment due is __$200.00__ and shall be due in full immediately. The court notes that the special assessment has been paid.

## FINE:

__X__ No fines have been imposed in this case.

_____ The defendant shall pay a fine in the amount of $_____.

## RESTITUTION:

_____ The defendant shall make restitution in the amount of $_____.

_____ Restitution Judgment Order, entered and filed in open court.

## SCHEDULE OF PAYMENTS:

_____ Interest on the restitution has been waived.

_____ Interest accrues as provided in 18 U.S.C. § 3612(f).

_____ The special assessment/fine/restitution is due and payable immediately. The defendant shall pay to the Clerk at least $_____ per month beginning sixty (60) days from the inception of supervised release toward any restitution remaining unpaid. The court reserves the option to alter this amount, depending upon defendant's financial circumstances at the time of supervised release and depending upon how much restitution has been paid.

_____ Restitution shall be made jointly and severally with

_____ Nothing in the Court's order shall prohibit the collection of any judgment or fine by the United States.

_____ The defendant notified of right of appeal.

__X__ Court noted that defendant waived right of appeal in plea agreement.

__X__ On motion of the government, remaining counts dismissed.

_____ The defendant is continued on present bond and cautioned re bail jumping.

__X__ Consent Order of Forfeiture, executed and filed in open court.

## Additional Counts/Comments:

__X__ The Court makes the following recommendations to the Bureau of Prisons:
1) The defendant shall undergo a mental health evaluation and shall receive all appropriate mental health treatment and counseling deemed appropriate.

2) The probation officer shall forward under seal to the Bureau of Prisons Dr. Fiester's mental health evaluation report of the defendant.

3) The defendant shall receive a full medical evaluation and shall receive all appropriate medical treatment for any conditions he may have.

4) The defendant shall participate in a substance abuse treatment program, to include the Residential Drug Abuse Treatment Program (RDAP), and with a focus on alcohol abuse.

5) The court recommends that the defendant be incarcerated in the facility at Petersburg, Virginia, if possible, or on the East Coast as close to the Virginia area as possible.