

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.  ACTION NO: 2:14cr79

SCOTT B. MISERENDINO, SR.,

    Defendant.

ORDER

This matter is before the court on the Defendant's Plea Agreement. On August 1, 2014, this matter was referred to United States Magistrate Judge Douglas E. Miller, pursuant to the provisions of 28 U.S.C. § 636(b)(1), to conduct the proceedings required by Federal Rule of Criminal Procedure 11 incident to the making of the Defendant's plea of guilty. ECF No. 32. On August 12, 2014, the Defendant consented to a United States Magistrate Judge conducting the proceedings required by Federal Rule of Criminal Procedure 11. ECF No. 37. On August 12, 2014, the Magistrate Judge conducted the guilty plea hearing.

Local Criminal Rule 57.4(D)(3) requires that all pleadings be signed by counsel admitted to practice before this court, and during his plea hearing, the Defendant was represented by an attorney who is admitted to this court only pro hac vice. Thus, although the Magistrate Judge entered the Defendant's guilty

plea, he did not accept the Defendant's guilty plea. On August 13, 2014, the Magistrate Judge filed the Report and Recommendation (R&R), in which he recommended that the plea of guilty be accepted and that the Defendant be adjudged guilty. R&R at 1, ECF No. 42.

By copy of the R&R, the parties were advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge. Neither the United States nor the Defendant filed any written objections to the R&R.

Accordingly, the court **ADOPTS** the R&R and **ACCEPTS** the Defendant's Plea Agreement. The Clerk is **DIRECTED** to forward a copy of this Order to Defense counsel and the United States Attorney at Norfolk.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Chief
United States District Judge

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

November 7, 2014